CLINGO LAW GROUP
JENNIFER A. CLINGO (SBN 223831)
jennclingo@gmail.com
CHRISTOPHER P. EPSHA (SBN 202089)
c.epsha@sbcglobal.net
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-5921
Facsimile:  (888) 779-6561

MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI (SBN 191359)
mmassoumi@manatt.com
MATTHEW B. GOLPER (SBN 275979)
mgolper@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 371-2500
Facsimile:  (714) 371-2550

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JONES, An Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1- 100, Inclusive<br><br>　　　　　Defendants. | CASE NO: 1:15-CV-01102-LJO-BAM<br><br>**ORDER APPROVING  STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: June 2, 2015<br><br>(Doc. 10). |

　　　　The Court has reviewed the stipulated protective order filed on October 9, 2015.  (Doc. 10).  For good cause appearing, and pursuant to the Stipulated Protective Order filed by Plaintiff

Chris Jones and Defendant Target Corporation for the Court's approval, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order is APPROVED.

IT IS SO ORDERED.

Dated:   **October 21, 2015**              /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE