UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JONES, an individual, | No. 1:15-CV-01102-DAD-BAM |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION AND CLOSING CASE |
| TARGET CORPORATION, a Minnesota corporation, and DOES 1-100, inclusive, | (Merced Superior Court Case No. 15CV-01595) |
| Defendants. | (Doc. No. 17) |

On December 21, 2015, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees with this court retaining continuing jurisdiction to interpret and enforce the provisions of the settlement and release agreement executed by the parties.  (Doc. No. 17.)

In light of the stipulation of the parties, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. This court shall specifically retain continuing jurisdiction to interpret and enforce the provisions

/////

1

of the settlement and release agreement executed by the parties.  The court directs the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: __**December 22, 2015**__

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2